UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

CONTINENTAL INDUSTRIAL CAPITAL, L.L.C.,
a Delaware limited liability company, through
COHEN ASSET MANAGEMENT, INC., a
corporation,

                      Plaintiffs,

-vs-

THE DAVEY TREE EXPERT COMPANY,
an Ohio Corporation,

                      Defendant.

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

05-CV-06517 DGL

Pursuant to Fed. R. Civ. P. 41(a), it is hereby stipulated that this action is dismissed with prejudice and without costs to any party.

Dated: August 3, 2007

                                               **HARRIS BEACH PLLC**

                                    By: _____
                                               David J. Edwards
                                               Philip G. Spellane
                                               *Attorneys for Plaintiffs*
                                               99 Garnsey Road
                                               Pittsford, New York 14534
                                               Telephone: (585) 419-8800

                                               Robert D. Mitchell
                                               Mitchell Law Offices, P.C.
                                               1850 N. Central Avenue, 19th Floor
                                               Phoenix, Arizona 85004
                                               Telephone: (602) 468-1411

Dated: August 5, 2007

                                              SCHOLARO, SHULMAN, COHEN,
                                              FETTER & BURSTEIN, P.C.

                               By:   _____
                                              Chaim J. Jaffe
                                              Andrew M. Knoll
                                              *Attorneys for Defendant*
                                              507 Plum Street
                                              Syracuse, NY 13204
                                              Telephone: (315) 471-8111

SO ORDERED:

_____ USDJ  USMJ  9/10/07

216035/883360.1

HARRIS BEACH
ATTORNEYS AT LAW

2